# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DEAN C. PAYNE & TRACI L. PAYNE  Case Number: 07-71642
641 HILLS STREET  SSN-xxx-xx-5272 & xxx-xx-6005
SYCAMORE, IL  60178

Case filed on:    7/10/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | INTERNAL REVENUE SERVICE | 54,541.76 | 48,043.63 | 0.00 | 0.00 |
|  | Total Priority | 54,541.76 | 48,043.63 | 0.00 | 0.00 |
| 048 | DEAN C. PAYNE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 2,820.00 | 2,800.00 | 0.00 | 0.00 |
| 002 | DEKALB COUNTY COLLECTOR | 3,764.75 | 3,620.00 | 0.00 | 0.00 |
| 003 | SAUK VALLEY MOTORS | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
| 004 | SELECT PORTFOLIO SERVICING | 150,167.88 | 0.00 | 0.00 | 0.00 |
| 005 | SELECT PORTFOLIO SERVICING | 32,798.71 | 25,000.00 | 0.00 | 0.00 |
|  | Total Secured | 192,251.34 | 34,120.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 20.00 | 0.00 | 0.00 |
| 002 | DEKALB COUNTY COLLECTOR | 0.00 | 144.75 | 0.00 | 0.00 |
| 006 | ALLIANCE ON RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICAN GENERAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AMERICAN MEDICAL COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BLATT HASENMILLER LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DEKALB COUNTY CIRCUIT COURT CIVIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DEKALB COUNTY SHERIFF | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DELNOR COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ENCORE RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | FCCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FISHER & SHAPIRO | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | FOX VALLEY EAR NOSE & THROAT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ILLINOIS DEPT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | INTERNAL REVENUE SERVICE | 0.00 | 6,498.13 | 0.00 | 0.00 |
| 025 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | LINEBARGER, GROGGAN, BLAIR & SAMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MIDWEST ORTHOPDEDIC | 15,438.17 | 15,438.17 | 0.00 | 0.00 |
| 030 | MORTGAGE ELECTRONIC REGISTRATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | CAPITAL ONE | 850.95 | 850.95 | 0.00 | 0.00 |
| 032 | NORTHERN IL REHABILATION & SPORTS MED | 1,690.50 | 1,690.50 | 0.00 | 0.00 |
| 033 | PENN CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | PRAIRIE HEALTHCARE LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | SAUK VALLEY MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | SUNRISE PROPERTIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | UNITED RECOVERY SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | VALLEY AMBULATORY SURGERY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | CAPITAL ONE | 947.54 | 947.54 | 0.00 | 0.00 |
| 043 | CAPITAL ONE | 1,085.94 | 1,085.94 | 0.00 | 0.00 |
| 044 | PORTFOLIO RECOVERY ASSOCIATES | 1,839.36 | 1,839.36 | 0.00 | 0.00 |
| 045 | JEFFERSON CAPITAL SYSTEMS, LLC | 403.26 | 403.26 | 0.00 | 0.00 |
| 046 | ROUNDUP FUNDING LLC | 1,269.73 | 1,269.73 | 0.00 | 0.00 |
| 047 | JEFFERSON CAPITAL SYSTEMS, LLC | 2,973.30 | 2,973.30 | 0.00 | 0.00 |
|  | Total Unsecured | 26,498.75 | 33,161.63 | 0.00 | 0.00 |

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

|  |  |  |  |  |
|---|---|---|---|---|
| Grand Total: | 273,291.85 | 115,325.26 | 0.00 | 0.00 |

Total Paid Claimant:      $0.00
Trustee Allowance:        $0.00
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007          By  /s/Heather M. Fagan